**No. P66/120.**—R. J. Saunders & Co., Inc. *v.* United States, protests 64/4865 and 64/4866 (New York).

DONLON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hyacinth bulbs similar in all material respects to those the subject of *Perryman, Mojonier Company* v. *United States* (55 Cust. Ct. 150, C.A.D. 2566), the claim of the plaintiff was sustained.

**No. P66/121.**—Weather-Rite Sportswear Co., Inc., et al. *v.* United States, protests 61/1090(C), etc.   (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 27, 1966

**No. P66/122.**—Selective Leather Novelties Co. *v.* United States, protest 64/16094 (New York).

NICHOLS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of fitted cases similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 337, Abstract 67837), the claim of the plaintiff was sustained.